447 A.2d 651

Commonwealth v. Althouse, Appellant.

Submitted September 10, 1981.  Thomas G. Klingensmith, Assistant Public Defender, for appellant;  Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

618

The judgment of sentence of the learned Lancaster County Common Pleas Court Judge Ronald L. Buckwalter is affirmed.